UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN BENTON RAGLAND,

                Petitioner,

v.

JASON BENNETT,

                Respondent.

Case No. C23-5574-MJP-MLP

ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME

      This is a federal habeas action filed under 28 U.S.C. § 2254. This matter comes before the Court on Respondent's second motion for an extension of time to file an answer to Petitioner's petition for writ of habeas corpus. (Dkt. # 10.) Respondent previously requested, and was granted, a 30-day extension of the original deadline. (*See* dkt. ## 8-9.) Respondent now seeks an additional 30 days to file his answer to Petitioner's petition. (Dkt. # 10.) Petitioner has not objected to the requested extension.

      Based on the foregoing, the Court hereby ORDERS as follows:

      (1)    Respondent's unopposed second motion for an extension of time to file his answer to Petitioner's federal habeas petition (dkt. # 10) is GRANTED. Respondent is directed to file and serve his answer not later than **October 13, 2023**. Respondent is advised that the Court

ORDER GRANTING RESPONDENT'S
SECOND MOTION FOR EXTENSION
OF TIME - 1

will not look favorably upon any further requests for extension of time in this matter. Respondent should therefore ensure that he complies with the newly established deadline.

(2) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable Marsha J. Pechman.

DATED this 2nd day of October, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S
SECOND MOTION FOR EXTENSION
OF TIME - 2