UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN BENTON RAGLAND,

                Petitioner,

    v.

JASON BENNETT,

                Respondent.

Case No. C23-5574-MJP-MLP

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME

      This is a federal habeas action filed under 28 U.S.C. § 2254. This matter comes before the Court on Petitioner's motion for an extension of time to file a response to Respondent's answer to his petition for writ of habeas corpus. (Dkt. # 14.) Respondent's answer is currently noted on the Court's calendar for consideration on November 3, 2023, and thus, Petitioner's response is currently due on October 30, 2023. (*See* dkt. # 12.) Petitioner indicates in his motion that he believes his response to be due November 10, 2024, and he seeks an additional sixty days, until January 10, 2024, to file his response. (*See* dkt. # 14.)

      Although Petitioner appears to have miscalculated the date on which his response was originally due and has therefore requested an extension of over seventy days, Respondent has not opposed the requested extension. The Court is willing to grant the extension with one

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 1

modification to ensure Petitioner's response is filed on a Monday, consistent with the provisions of Local Civil Rule 7(d)(3).

Based on the foregoing, the Court hereby ORDERS as follows:

(1) Petitioner's motion for an extension of time (dkt. # 14) is GRANTED. Petitioner shall file his response to Respondent's answer not later than *Monday, January 8, 2024*.

(2) Respondent's answer (dkt. # 12) is RE-NOTED on the Court's calendar for consideration on *Friday, January 12, 2024*. Any reply to Petitioner's response is due by that date.

(3) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable Marsha J. Pechman.

DATED this 7th day of November, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge