UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN BENTON RAGLAND, <br><br> Petitioner, <br><br> v. <br><br> JASON BENNETT, <br><br> Respondent. | CASE NO. C23-5574 MJP <br><br> ORDER GRANTING REQUEST FOR EXTENSION |

This matter comes before the Court on Petitioner's Request for Extension of Time for Filing Objections. (Dkt. No. 25.) Having reviewed the Request and all supporting materials, the Court GRANTS the Request. Petitioner must file his objections by no later than June 6, 2024. Respondent may then file a response by June 21, 2024.

The clerk is ordered to provide copies of this order to Petitioner all counsel.

Dated May 30, 2024.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING REQUEST FOR EXTENSION - 1